UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RIGHTHAVEN, LLC a Nevada limited liability company, | 2:10-CV-01126-PMP-PAL |
| Plaintiff, | **ORDER** |
| vs. | |
| DAVID WILLIAM-PINKNEY, *et al.*, | |
| Defendants. | |

This action was filed on July 9, 2010. To date, no proper proof of service has been filed as to Defendants. On January 27, 2011, the Court entered a Notice of Intent to Dismiss pursuant to FRCP 4(m). Plaintiff has failed to cure the defect Noticed.

**IT IS THEREFORE ORDERED** that Plaintiff's Complaint (Doc. #1) is hereby dismissed.

DATED: December 27, 2011.

_____
PHILIP M. PRO
United States District Judge